IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUZANNE S. REYNOLDS, as wife of Douglas B. Reynolds, deceased;<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　　Defendant. | **8:18CV303**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's application for an award of sanctions in the amount of $40.00, (Filing No. 27), is granted.

2) On or before October 3, 2019, Plaintiff shall pay to Defendant the amount of $40.00 as sanctions for failing to timely provide a notice authorizing Suzanne S. Reynolds to serve as the personal representative for decedent Plaintiff, Douglas B. Reynolds.

3) Upon receipt of payment, Defendant shall file a notice on the court's docket stating the award of sanctions has been satisfied.

September 19, 2019.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge