**IMPORTANT NOTICE: AFTER ALL PARTIES HAVE SIGNED THIS FORM, E-MAIL IT IN .PDF TO clerk@ned.uscourts.gov. IF PLAINTIFF IS PRO SE, MAIL TO THE CLERK'S OFFICE AT 111 South 18th Plaza, Suite 1152, Omaha, NE 68102.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUZANNE S. REYNOLDS, Personal Representative of the Estate of DOUGLAS B. REYNOLDS, deceased, | ) ) ) ) | Case Number: 8:18CV303 |
| Plaintiff, | ) ) | **CONSENT TO EXERCISE** |
| v. | ) ) | **OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE** |
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | **AND ORDER OF REFERENCE** |
| Defendant. | ) | |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have Magistrate Judge Cheryl L. Zwart conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| s/ Shawn M. Sassaman | For Suzanne S. Reynolds | October 14, 2019 |
| s/ Michael L. Storey | For Union Pacific Railroad Company | October 14, 2019 |
| _____ | For _____ | _____ |
| _____ | For _____ | _____ |
| _____ | For _____ | _____ |

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable Cheryl L. Zwart, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

10/15/2019
Date

_____
United States District Judge